0 8 0 8 0 8 0 0 . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . .  . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . .   . . . . . . . . . . . .   .  . . . . . .   . . . . . . . . . . . .  . . .  . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . .  . . . .